UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **Thomas G. Cade**, | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | Case No. 4:09CV00445 AGF |
| | ) | |
| **J.B. Hunt Transport, Inc.**, et al. | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

The above-styled case was filed in the Eastern Division of this court on March 19, 2009, and assigned to the Honorable Audrey G. Fleissig. Because the jurisdiction of this matter lies in the Southeastern Division of this district, this case should have been assigned a Southeastern Division case number.

IT IS HEREBY ORDERED that the above styled cause is transferred to the Southeastern Division of this court and assigned Case No.1:09cv0028 SNLJ. The Honorable Stephen N. Limbaugh, Jr. will preside.

Case No. 4:09cv00445 AGF is hereby administratively closed.

Dated this 23rd day of March, 2009.

James G. Woodward, Clerk of Court

By: /s/ Karen Moore, Deputy Clerk

Please refer to Case No. **1:09cv0028 SNLJ** in all future matters concerning this case.